IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>    Plaintiff,<br>v.<br><br>PCM VENTURE 1, et al.,<br><br>    Defendants. | **ORDER AFFIRMING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-00366-DN-BCW<br><br>District Judge David Nuffer<br><br>Magistrate Judge Brooke Wells |

  The Report and Recommendation[1] issued by United States Magistrate Judge Brooke Wells on May 28, 2015 recommends that this case be dismissed for want of jurisdiction.[2] Specifically, Magistrate Judge Wells found that the amount in controversy requirement is not met and found that there is no federal question jurisdiction.

  The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.[3]

  De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

---

[1] Docket no. 6, filed May 28, 2015.

[2] *Id.* at 3.

[3] Plaintiff did file five separate motions after the Report and Recommendation was entered, none of which can be construed as an objection to the Report and Recommendation.

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and the above-captioned matter is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the pending motions[5] are deemed MOOT since the court lacks jurisdiction.

The Clerk shall close the case.

Dated June 22, 2015.

BY THE COURT:

_David Nuffer_
David Nuffer
United States District Judge

---

[4] Report and Recommendation, docket no. 6, filed May 28, 2015.

[5] Motion in Limine, docket no. 4, filed May 18, 2015; Motion for a Summary Judgment, docket no. 7, filed June 1, 2015; Motion for a Preliminary Injunction, docket no. 8, filed June 1, 2015; Motion for a Declaratory Judgment, docket no. 9, filed June 1, 2015; Motion to Compel Discovery, docket no. 10, filed June 1, 2015; Motion to Subpoena Witnesses, docket no. 11, filed June 1, 2015.